**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 267 EAL 2017
                             :
        Respondent        :
                             :     Petition for Allowance of Appeal from
                             :     the Order of the Superior Court
        v.                   :
                             :
                             :
QUINTON FERGUSON,            :
                             :
        Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.